IN THE COURT OF COMMON PLEAS, DELAWARE COUNTY, OHIO

Kristyne E. Stiteler :
2909 Pleasant Colony Dr
Lewis Center, OH 43035 :

    Plaintiff :

    vs. :

Principal Life Insurance Company : **COMPLAINT FOR DECLARATORY**
c/o Corporation Service Company   **JUDGMENT**
Statutory Agent :
505 5th Ave, Ste 729   **Jury Demand Endorsed Herein**
Des Moines, IA 50309 :

    and :

Principal Financial Group, Inc. :
c/o Corporation Service Company
Statutory Agent :
505 5th Ave, Ste 729
Des Moines, IA 50309 :

    and :

Principal Mutual Life Insurance :
Company
c/o Corporation Service Company :
Statutory Agent
505 5th Ave, Ste 729 :
Des Moines, IA 50309
     :

    Defendants

Common Pleas Court
Delaware, Co., Ohio
I hereby certify the within be a true
copy of the original on file in this office
Natalie Fravel, Clerk of Courts
By _____ Deputy



## PARTIES

1.    At all times relevant herein, Defendant Principal Life Insurance Company was a foreign corporation with its primary offices located at 711 High St., Des Moines, Iowa. Upon information and belief, Defendant Principal Life Insurance Company provided disability income payments to Plaintiff Kristyne E. Stiteler pursuant to a Disability Income Policy issued by said

Defendant for a period of time following her August 7, 2020 injury which is further described below.

2. At all times relevant herein, Defendant Principal Financial Group, Inc. was a foreign corporation with its primary offices located at 711 High St., Des Moines, Iowa. Upon information and belief, Defendant Principal Financial Group, Inc. provided disability income payments to Plaintiff Kristyne E. Stiteler pursuant to a Disability Income Policy issued by said Defendant for a period of time following her August 7, 2020 injury which is further described below.

3. At all times relevant herein, Defendant Principal Mutual Life Insurance Company was a foreign corporation with its primary offices located at 711 High St., Des Moines, Iowa. Upon information and belief, Defendant Principal Mutual Life Insurance Company provided disability income payments to Plaintiff Kristyne E. Stiteler pursuant to a Disability Income Policy issued by said Defendant for a period of time following her August 7, 2020 injury which is further described below.

4. At all times relevant herein Plaintiff Kristyne E. Stiteler was a resident of Lewis Center, Delaware, Ohio.

**JURISDICTION AND VENUE**

5. Plaintiff incorporates by reference each and every allegation contained in paragraphs one (1) through four (4) of this Complaint as if fully rewritten herein.

6. This Court has jurisdiction pursuant to R.C. 2305.01 as the sum in dispute exceeds $15,000.00. Additionally, this Court of general jurisdiction has the authority to grant declaratory judgment to determine the validity of, and rights arising under, disability income policies pursuant to R.C. 2721.02.

7. Venue is proper pursuant to Civ. R. 3(B)(2) as the Principal Defendants issued the disability Income Policy to Plaintiff insured Kristyne E. Stiteler, a resident of Delaware County, Ohio, the injury that resulted in the claim for disability payments occurred within the State of Ohio and, the Disability Income Policy issued by the Principal Defendants to Plaintiff Kristyne E. Stiteler was sold and placed into effect in the State of Ohio.

## GENERAL ALLEGATIONS

8. Plaintiff incorporates by reference each and every allegation contained in paragraphs one (1) through seven (7) of this Complaint as if fully rewritten herein.

9. On or about August 7, 2020, Plaintiff Kristyne E. Stiteler suffered an occupational injury when she fell from a stool that had lost a wheel while working as an optometrist. As a result of the fall, Plaintiff Kristyne E. Stiteler suffered injuries to her mid/lower back to include, but not be limited to, lumbar contusion, strain of the lumbar region and thoracic region. Subsequently she was diagnosed with a thoracic disc injury, contusion of lower back and pelvis, muscle strain, and fascia and ligaments of the lower back and thoracic spine with a subsequent diagnosis other intervertebral disc displacement, thoracic region, among other injuries. She experienced and will continue to experience significant pain, disc pressure, limited range of motion, increased muscle tension, somatic dysfunction in the thoracolumbar spine, soreness, aching numbness and tightness with activities such as standing, sitting, lifting, carrying, reaching, kneeling, bending, squatting, and climbing., among other things.

10. As a result of the permanent debilitating injuries suffered by Plaintiff Kristyne E. Stiteler, she has been treated with physical therapy, diagnostic testing, epidural steroid injection, medial branch blocks, trigger point injections, osteopathic manipulations, medications, home

exercises and pain management, among other therapies and treatments, all of which were unsuccessful in providing her with relief from her symptomatology.

11. As a direct and proximate result of the injuries sustained by Plaintiff Kristyne E. Stiteler, she is unable to work in the capacity of a practicing optometrist due to her physical limitations that includes, but it not limited to the inability to sit or stand for prolonged periods of time; inability to reach/elevate her arms forward to utilize the instrumentation required in the practice of optometry, among other things. Given the permanent nature of her injuries and disabilities, her inability to work will continue indefinitely into the future.

12. At the time of the subject incident and thereafter, Plaintiff Kristyne E. Stiteler was the named insured on a Disability Income Policy issued by the Principal Defendants, being Policy Number 7516479 issued on November 15, 1999. Pursuant to the terms of the policy, the maximum monthly benefit to be paid is $4,500.00 and, the policy's maximum benefit period provided that the maximum benefit period would provide payments up to the time Plaintiff was age 65 on the policy anniversary date. See, the Disability Policy and Data Page attached hereto as Exhibit "A".

13. Due to Plaintiff Kristyne Stiteler's debilitating injuries, she submitted a Disability Claim Notice that was received by the Principal Defendants on January 4, 2021. The Principal Defendants approved the disability claim and payment benefits through the Disability Income Policy were paid through November 15, 2022.

14. On December 2, 2022, the Principal Defendants submitted a letter to Plaintiff Kristyne Stiteler advising that she is no longer eligible for benefits through the Disability Income Policy beyond November 15, 2022. See Exhibit "B" attached hereto. Said denial of future disability payments is in direct contrast to the opinions of her orthopedic and sports medicine

physician, Dr. Jason Dapore. See Dr. Dapore's February 2, 2023 opinion letter attached hereto as Exhibit "C".

15. Defendants have declined to honor the subject disability income policy described above by refusing to continue to make monthly disability payments to Plaintiff Krystin Stiteler, despite her continued debilitating injuries and conditions, to which she is rightfully entitled indefinitely into the future.

### FIRST CAUSE OF ACTION – DECLARATION JUDGMENT

16. Plaintiff incorporates by reference each and every allegation contained in paragraphs one (1) through fifteen (15) of this Complaint as if fully rewritten herein.

17. Plaintiff Kristyne E. Stiteler, as the policy holder of the Principal Defendants Disability Income Policy, has a written contract with the Principal Defendants in the form of a Disability Income Policy.

18. The Principal Defendants appear to dispute the validity of Plaintiff Kristyne E. Stiteler's claim of continued disability as it has not honored the policy by refusing to continue disability benefits through her Disability Income Policy after November 15, 2022 to which she is entitled based upon her continuing debilitating injuries and upon her being the named insured for said policy.

19. Pursuant to Ohio R.C. 2721.03, Plaintiff is a person interested under a disability income policy which is a contract or other writing constituting a contract and she is entitled to a determination as to the validity of the disability income policy and a declaration of rights arising therefrom. Specifically, Plaintiff is entitled to a declaratory judgment finding the validity of the subject Disability Income Policy being policy number 7516479. And, upon determination of the validity of the disability income policy, Plaintiff is entitled to a determination as to the rights and

benefits arising from being a policy holder to said disability income policy that includes but is not limited to a determination that Plaintiff's disability benefit payments should be reinstated and back paid as a result of the Principal Defendants refusal to continue disability benefit payments to her after November 15, 2022 due to the continuing debilitating injuries for which she has and continues to suffer.

WHEREFORE, Plaintiff requests this Court to resolve the dispute between the parties by determining and declaring the validity of the Disability Income Policy issued by the Principal Defendants to Plaintiff being Policy Number 7516479 and by determining and declaring the amount of unpaid and additional disability payments to which Plaintiff is entitled based upon the terms of the policy and her continued debilitating injuries.

Respectfully submitted,

/s/ Robert P. Miller
Robert P. Miller (0073037)
ROURKE & BLUMENTHAL, LLC
495 S High Street, Suite 450
Columbus, OH 43215
rmiller@randbllp.com
Telephone 614-220-9200
Facsimile 614-220-7900

*Attorney for Plaintiff Kristyne Stiteler*

## JURY DEMAND

Now comes the Plaintiff, by and through counsel, and demands a trial by a jury of eight (8) persons on all issues of the within cause.

/s/ Robert P. Miller
Robert P. Miller (0073037)
*Attorney for Plaintiff*